**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLEG KOZIAR; and RIMMA KOZIAR,<br><br>Plaintiffs,<br><br>-against-<br><br>BLAMMO, LTD.; ALAMAS GROUP EUROPE OU; ANDRII SUSLENKO; "JACK STARS" a/k/a "EVGENY MELNIK"; JOHN DOE and JANE DOE, numbers 1 through 10; and ABC COMPANY, numbers 1 through 10,<br><br>Defendants. | Civil Action No. 23-cv-7870 (JGK)<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. Pro. 4(f)(3) and 4(h)(2), alternative service of a Summonses (Dkt# 13-16) and the Amended Complaint (Dkt# 8) is authorized upon Defendants "Blammo, Ltd." ("Blammo"), Alamas Group Europe Ou ("Alamas"), Andrii Suslenko, and "Jack Stars" a/k/a "Evgeny Melnik," in the following manner:

1. Upon Blammo by sending an e-mail to the e-mail address on file for the Blammo domain registration (melnik.evg90@gmail.com) and by Telegram message to any of the following contacts:

    a. "Olga Gromova": @BlammoOlgaGromova

    b. "Nikita Pecherskyi": +44 7513 934044  @PecherNik

    c. "Phillip Burley": +44 7925 226924  @Burley14

    d. "Vladislav Alferov": +44 7873 749756

    e. "Alisa Zakroevskaya": @ALISA_MANAGER

    f. "Dmitriy Popov": +44 7851 404666  @DmitryBlammo

11269826.1

Because Telegram is an encrypted, contact based, messaging service, Plaintiffs are authorized to transmit the Summonses and Amended Complaint via Telegram.

2. Upon Andrii Susleno by sending an e-mail to alamas.europe@gmail.com

3. Upon "Jack Stars" a/k/a "Evgeny Melnik" by sending an e-mail to melnik.evg90@gmail.com

4. Upon Alamas by sending an e-mail to alamas.europe@gmail.com and dispatching an international Federal Express mailing to Harju maakond, Tallinn, Kesklinna linnaosa, Pirita tee 20/4, 10127, Estonia.

SO ORDERED,

Hon. John G. Koeltl, U.S.D.J.

2/16/24

11269826.1