```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

OLEG KOZIAR, ET AL.,

               Plaintiffs,         23-cv-7870 (JGK)

    - against -                    ORDER

BLAMMO, LTD., ET AL.,

               Defendants.

**JOHN G. KOELTL, District Judge:**

The time for the defendants to answer or respond to the complaint was March 13, 2024. ECF No. 23. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **April 1, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs are directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **March 22, 2024**.

SO ORDERED.

Dated:    New York, New York
          March 18, 2024

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge