UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLEG KOZIAR, ET AL.,

                Plaintiffs,

- against -

BLAMMO, LTD., ET AL.,

                Defendants.

23-cv-7870 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **April 25, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 11, 2024

                                          John G. Koeltl
                                   United States District Judge