UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLEG KOZIAR, et al.,

                Plaintiff(s)

                                                                                         23 civ 7870 (JGK)

           -against-

BLAMMO, LTD, et al.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

      The Court, via order of April 11, 2024, having directed the plaintiff to file default papers pursuant to the Court's rules by April 25, 2024,

      The conference for May 1, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                                                          JOHN G. KOELTL
                                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 24, 2024
          25