UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLEG KOZIAR, ET AL.,

            Plaintiffs,           23-cv-7870 (JGK)

    - against -             ORDER

BLAMMO, LTD., ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

Because the defendants Blammo, Ltd. and Jack Stars, also known as Evgeny Melnik, have failed to respond to the Order to Show Cause why a default judgment should not be entered against them, and the plaintiffs are otherwise entitled to a default judgment against those defendants, the case is referred to the magistrate judge for an inquest on damages and any other appropriate relief.

SO ORDERED.

Dated:    New York, New York
          June 3, 2024

                                     John G. Koeltl
                                    United States District Judge