UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLEG KOZIAR, ET AL.,

          Plaintiffs,

- against -

BLAMMO, LTD., ET AL.,

          Defendants.

23-cv-7870 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Lehrburger dated November 27, 2024. No objections have been filed, and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter a final judgment in favor of the plaintiffs and against defendants Blammo, Ltd., and Jack Stars a/k/a Evgeny Melnik, jointly and severally, in the amount of $644,400.10, together with pre-judgment interest at the statutory rate of 9% starting from May 13, 2023.

    The Clerk is also directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            December 16, 2024

                                       John G. Koeltl
                                 United States District Judge