UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLEG KOZIAR, ET AL.,

                Plaintiff,                23 CIVIL 7870 (JGK)(RWL)

    -against-                         **JUDGMENT**

BLAMMO, LTD., ET AL.,
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 16, 2024, the Court finds that the Report and Recommendation is thorough and well-reasoned. The Court therefore adopts the Report and Recommendation. Final judgment is entered in favor of the plaintiffs and against defendants Blammo, Ltd., and Jack Stars a/k/a Evgeny Melnik, jointly and severally, in the amount of $644,400.10, together with pre-judgment interest at the statutory rate of 9% starting from May 13, 2023; accordingly, the case is closed.

**Dated:** New York, New York
         December 17, 2024

                                                  **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                    **BY:**

                                                         **Deputy Clerk**